UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**EMANUEL LUZARDO BERMUDEZ**          **CASE NO.  1:22-CV-1032**

**VERSUS**          **JUDGE ROBERT R. SUMMERHAYS**

**U.S. DEPTARTMENT OF JUSTICE          MAGISTRATE JUDGE PEREZ-MONTES
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW**

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [ECF No. 14], and having determined the findings are correct under the applicable law, and further noting the absence of objections to the Report and Recommendation;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Summary Judgment [ECF No. 5] be DENIED AS MOOT.

IT IS FURTHER ORDERED that this suit be DISMISSED, as all claims are now moot.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 6th day of September, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE